IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIET ANH TRAN,

    Petitioner,                      No. CIV S-04-1840 MCE DAD P

    vs.

W.J. SULLIVAN, Warden, et al.,

    Respondents.                 ORDER

/

        On April 27, 2005, petitioner filed a reply to respondents' answer. It does not appear that petitioner served the reply on respondents. Petitioner will be required to file a proof of service reflecting the date on which he mailed a copy of his reply to respondents' counsel.

        Respondents request that the court take judicial notice of state court transcripts lodged in the habeas proceedings of petitioner's codefendant, Nhat Nguyen. The docket for <u>Nguyen v. Kane</u>, case No. CIV S-04-1829 GEB JFM P, reveals that the case was filed one day prior to the filing of this case; the respondents in that case filed their answer on December 2, 2004, and the petitioner filed his reply on January 5, 2005. Both cases are now submitted for decision. It is likely that the state court record will be needed by more than one judge, or more than one court, simultaneously. For that reason, respondents will be directed to lodge a duplicate set of the transcripts in this case.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. Petitioner is granted thirty days to file a proof of service showing that he mailed a copy of his reply to respondents' counsel; and

4       2. Respondents are granted sixty days to lodge a complete set of the state court transcripts for use in this case.

DATED: May 24, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
tran1840.recs